UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Nazira Urrego
        Debtor

Chapter 13

Case No. 12-10909-BFK

### ORDER CONFIRMING MODIFIED PLAN

     The Modified Chapter 13 Plan filed by Nazira Urrego on August 3, 2012, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
     (1)    the Plan as filed or modified is CONFIRMED.
     (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
     (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

1

**Order Confirming Plan**
Nazira Urrego
**Case #12-10909-BFK**

   (4) On March 15, 2012, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $200.00.  Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.
   (5) The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.
   (6) Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: _____      _____
                      Brian F. Kenney
                      United States Bankruptcy Judge

Confirmation Recommended.

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Plan**
Nazira Urrego
**Case #12-10909-BFK**

**PARTIES TO RECEIVE COPIES**

Nazira Urrego
Chapter 13 Debtor
25804 Lionard Drive
Chantilly, VA 20152

Nathan Fisher, Esq.
Attorney for Debtor
3977 Chain Bridge Rd., #2
Fairfax, VA 22030

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314