# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re: )
)
NAZIRA URREGO, ) Case No. 12-10909-BFK
) Chapter 13
Debtor. )

## ORDER DENYING MOTION TO REOPEN CASE

On January 10, 2019, the Court held a hearing on the Debtor's Motion to Reopen Case. Docket No. 74. The Debtor's Counsel, Michael Jacob Owen Sandler, Esquire, and the Chapter 13 Trustee, Thomas P. Gorman, Esquire, were present in person. For the reasons stated on the record, it is

**ORDERED**:

1. The Motion to Reopen Case (Docket No. 74) is DENIED.

3. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Jan 18 2019

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: January 18, 2019

Copies to:

Nazira Urrego
25804 Leonard Drive
Chantilly, VA 20152
*Debtor*

Nathan A. Fisher, Esquire
3977 Chain Bridge Road, #2
Fairfax, VA 22030
*Counsel for Debtor*

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*